

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-16-00083-CR

BERNHARDT TIEDE, II, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 123rd District Court
Panola County, Texas
Trial Court No. 1997-C-103

Before Morriss, C.J., Moseley and Burgess, JJ.

ORDER

Bernhardt Tiede, II, has filed a motion, through counsel, seeking the release of sealed portions of the appellate record to appellate counsel. Portions of the reporter's record filed with this Court were filed under seal, and the court reporter requires a court order before she will release those portions of the record to Tiede's appellate counsel. We hereby order Terri Hudson, the court reporter who reported the trial court proceedings in this matter, to immediately release all sealed portions of the record in this matter to Jonathan Landers, appellate counsel for Bernhardt Tiede, II.

IT IS SO ORDERED.

BY THE COURT

Date: February 14, 2017